FILED

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

2023 MAR 27 PM 12: 04

for the

Central District of California

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY: _____

_____ Eastern _____ Division

Joshua L. Lyons

EDCV23 - 00530 - JAK(MAA)

Case No.

(to be filled in by the Clerk's Office)

)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

Jury Trial: *(check one)* ☑Yes ☐No

–v–

THE PEOPLE OF THE STATE OF CALIFORNIA
CALIFORNIA HIGHWAY PATROL OFFICER Le BEAU
CALIFORNIA HIGHWAY PATROL

)
)
)
)
)
)
)
)
)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Joshua L. Lyons |
| Address | 16055 Washington st |
| | Riverside      CA      92504 |
| | *City*    *State*    *Zip Code* |
| County | Riverside |
| Telephone Number | (951)410-3754 |
| E-Mail Address | Joshuwaski@gmail.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | THE PEOPLE OF THE STATE OF CALIFORNIA |
| Job or Title *(if known)* | Attn. Robert Bonta, Attorney General |
| Address | 1315 10th St |
| | Sacramento      CA      95814 |
| | *City*    *State*    *Zip Code* |
| County | Sacramento |
| Telephone Number | (916) 324-0333 |
| E-Mail Address *(if known)* | |

☑ Individual capacity ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | OFFICER LeBEAU |
| Job or Title *(if known)* | CALIFORNIA HIGHWAY PATROL OFFICER |
| Address | 8118 Lincoln ave |
| | Riverside      CA      92504 |
| | *City*    *State*    *Zip Code* |
| County | Riverside |
| Telephone Number | (951) 637-8000 |
| E-Mail Address *(if known)* | |

☑ Individual capacity ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

| | | | |
|---|---|---|---|
| Name | CALIFORNIA HIGHWAY PATROL | | |
| Job or Title *(if known)* | | | |
| Address | 601 N 7th St | | |
| | Sacramento | CA | 95811 |
| | *City* | *State* | *Zip Code* |
| County | Sacramento | | |
| Telephone Number | (916) 843-3000 | | |
| E-Mail Address *(if known)* | | | |

[✔] Individual capacity        [ ] Official capacity

Defendant No. 4

| | | | |
|---|---|---|---|
| Name | | | |
| Job or Title *(if known)* | | | |
| Address | | | |
| | *City* | *State* | *Zip Code* |
| County | | | |
| Telephone Number | | | |
| E-Mail Address *(if known)* | | | |

[ ] Individual capacity        [ ] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
First amendment, Fourth Amendment, Fifth Amendment, 18 U.S.C. 241,242

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

An officer with the California Highway patrol unlawfully used his authority to detain me, in retaliation for being flipped off. A violation of a clearly established law. see, Duran v City of Douglas 904 F.2d 1372 The People of the State of California has sanctioned and condoned this domestic terrorist to abuse the authority deligated to him. Furthermore, it has allowed this malicious prosecution to continue California Highway Patrol has turned a blind eye, failed to supervise, failed to train, failed to screen etc.

## III.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?
near the corner of Washington street and Van Buren in riverside, CA, specifically at the Stater Brother parking lot on the north east corner.

B.   What date and approximate time did the events giving rise to your claim(s) occur?
12/22/2022 approx. 12:30pm

C.   What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*
I was traveling south, within my constitutionally protected right to liberty, to the store in my private automobile when I saw a marked patrol car for the CHP approaching me in the opposite direction, while I waited to make a left into the parking lot. I saluted him with a middle finger. He made an illegal u-turn to chase me into the parking lot. He pulled in behind me and started to bark commands at me. I ignored him because, he is having a road rage episode and I want no part of it. That and he has no legal authority over me. I attemped to go into the store and this "officer" blocked my path and tried to grab me, with no crime to justify his detainment. I pulled my hand away and the "officer" reached to grab it. Once his head was down across my body, I grabbed him in a guillotine headlock. A defensive move that is only possible if your opponent is attacking with their head down. A bystander jumped in and assisted in the unlawful arrest of me. Due to the supervisory staff at the California Highway Patrol recieving a complaint about this situation and not taken action to disipline this "officer. I feel it is the practice and standard of this department to violate rights and take no action. There are witnesses, however at this time I do not know their information. It is in the discovery file, I have not recieved.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I had my private automobile stolen by the Highway Patrol. I spent a night in jail and I am out on bail, with the constant threat of the theft of my mothers house, if I dont appear in court. I have had any chance of catching up bills, dashed by the actions of this "officer" and the People of the State of California. I can barely leave my house anymore, out of fear of police interactions and lack of my essential to modern life, automobile.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

First I seek that this court remove this case, so that it can be heard in the federal jurisdiction. As my constitutional rights are the primary question at hand.

Then I seek monetary relief of $1,000,000 for my stolen property, pain and suffering, intentional infliction of emotional distress, lost wages.

I also seek declaritory relief, I want clear and consise language added to the state statutes, forbidding peace officers from applying ordinances meant for commerce, to people that wish to travel freely upon the public right of way. As well as a public statement, From the courts, declaring/defining the difference between driving and traveling. Then comprehensive  training for all officers employed or about to be employed, on what the difference is between driving and traveling is. Furthermore, I want a public video apology from "officer" LeBeau. Lastly I want "officer" LeBeau and his sergeant decertified as peace officers

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  03/20/2023

Signature of Plaintiff

Printed Name of Plaintiff  Joshua L. Lyons

### B.  For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address